# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
September 15, 2009

Charles R. Fulbruge III
Clerk

No. 08-30549
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

versus

PAUL LEWIS,

Defendant-Appellant.

Appeal from the United States District Court
for the Eastern District of Louisiana
No. 2:97-CR-299-ALL

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Paul Lewis has moved to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Lewis has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.